**No. 09-9682. Guy Salom, aka Roberto Falcon, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2130, 176 L. Ed. 2d 751, 2010 U.S. LEXIS 3197.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 349 Fed. Appx. 409.

**No. 09-9684. Johnnie L. Reed, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2130, 176 L. Ed. 2d 751, 2010 U.S. LEXIS 3153.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 357 Fed. Appx. 523.

**No. 09-9692. Johnny Bradberry, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2131, 176 L. Ed. 2d 751, 2010 U.S. LEXIS 3258.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 360 Fed. Appx. 508.

**No. 09-9693. Iran Dwayne Ketchup, Petitioner v. Joe D. Driver, Warden.**

559 U.S. 1083, 130 S. Ct. 2131, 176 L. Ed. 2d 751, 2010 U.S. LEXIS 3244.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 341 Fed. Appx. 869.

**No. 09-9694. Ruben Reyes-Echevarria, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2131, 176 L. Ed. 2d 751, 2010 U.S. LEXIS 3219.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-9696. Alif Bass, Petitioner v. United States.**

559 U.S. 1083, 130 S. Ct. 2131, 176 L. Ed. 2d 751, 2010 U.S. LEXIS 3124.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 350 Fed. Appx. 664.

**No. 09-9698. Eric Nelson Bertram, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2131, 176 L. Ed. 2d 751, 2010 U.S. LEXIS 3125.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 359 Fed. Appx. 934.

**No. 09-9700. Eddy Oliver Lopez-Lopez, Petitioner v. United States.**

559 U.S. 1084, 130 S. Ct. 2131, 176 L. Ed. 2d 751, 2010 U.S. LEXIS 3245.

April 19, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 357 Fed. Appx. 587.